# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBYN A. VANLOHUIZEN, a single woman,<br><br>                Plaintiff,<br><br>                v.<br><br>STATE OF WASHINGTON, et al.,<br><br>                Defendants. | NO. C09-5469 RBL<br><br>STIPULATED PROTECTIVE ORDER<br><br>**NOTE ON MOTION CALENDAR:<br>DECEMBER 24, 2009** |

## I.    STIPULATION

Pursuant to Fed. R. Civ. P. 26(c) and the release executed by Ashley McGrath, attached hereto as **Exhibit A**, the parties, by and through their attorneys of record, hereby stipulate to the terms of the subjoined Protective Order and entry of the same.

DATED this 24th day of December, 2009.

| | |
|---|---|
| ROBERT M. MCKENNA<br>Attorney General<br><br>/s/  *Ian M. Bauer*<br>IAN BAUER, WSBA No. 35563<br>Assistant Attorney General<br>Attorneys for Defendants State of Washington, Department of Social and Health Services, Jodi and "John Doe" Lamoreaux, and Erin and "John Doe" Schumacher | LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.<br><br>/s/  *John E. Justice*<br>John E. Justice, WSBA No. 23042<br>Attorneys for the City of Hoquiam and "John Doe" Hoquiam Police Officer |

STIPULATED PROTECTIVE ORDER --
NO. C09-5469 RBL

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

PREBLE LAW FIRM, P.S.

/s/ *Gary A. Preble*
GARY A. PREBLE, WSBA No. 14758
Attorneys for Plaintiff Robyn A. VanLohuizen

## II. PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), the Court makes the following findings and Order:

1. RCW 13.50.010, 26.44.030(9), and 74.04.060 establish that the Department of Social and Health Services' records and files and information therein are confidential and privileged. Said files may also contain documents that are confidential or privileged under 45 CFR parts 160 and 164, as well as RCW 10.97.

2. Documents contained in the Department of Social and Health Services' records and files pertaining to Plaintiff's daughter, Ashley McGrath, may be relevant to the claims and defenses in the above-captioned action. State Defendants have identified said documents in their Fed. R. Civ. P. 26(a) Initial Disclosures.

3. On 12/10/09, Ms. McGrath executed a release authorizing disclosure of her Department of Social and Health Services records to the parties herein for the purposes of this lawsuit, a copy of which is attached hereto as **Exhibit A**.

4. RCW 42.56 establishes that personnel files maintained by the Department of Social and Health Services regarding Defendant Erin Schumacher and Defendant Jodi Lamoreaux are confidential and privileged. *See, e.g., Dawson v. Daly*, 120 Wn.2d 782, 794-800, 845 P.2d 995 (1993).

5. Documents contained in Ms. Schumacher and Ms. Lamoreaux's personnel files may be relevant to the claims and defenses in the above-captioned action. State Defendants have identified said documents in their Fed. R. Civ. P. 26(a) Initial Disclosures.

IT IS HEREBY ORDERED that, pursuant to the release executed by Ashley McGrath and the consent of Defendants Schumacher and Lamoreaux (as evinced by the execution of the Stipulation set forth above), the State Defendants are authorized to release the above-referenced records to counsel for Plaintiff and co-Defendants.

STIPULATED PROTECTIVE ORDER --
NO. C09-5469 RBL

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

IT IS FURTHER ORDERED that all records, information and evidence exchanged between the parties in this lawsuit are subject to this Protective Order and will not be disseminated to anyone outside this litigation. These documents shall not be disclosed in any manner or form to any person and/or entities other than the parties, parties' attorneys, insurers, experts retained by the parties' attorneys, their staff, deponents and witnesses in this action, and individuals otherwise entitled to obtain said information pursuant to statutory exemptions from confidentiality. However, nothing herein shall be construed as limiting Plaintiff's right to disseminate or retain her own records as she deems appropriate.

IT IS FURTHER ORDERED that counsel for the parties shall use all documents produced or disclosed pursuant to this Protective Order solely for the purpose of preparation for and trial in this action. Under no circumstances shall information or materials covered by this Protective Order be disclosed to the media or anyone other than as provided herein, unless permission for any such disclosure is separately obtained.

IT IS FURTHER ORDERED that a copy of this Protective Order shall accompany any copy of the documents this Protective Order released to anyone. No person who receives the documents shall disclose them or any information gained or derived from them to anyone without further order of the Court unless the person to whom the documents are disclosed is otherwise entitled to obtain said documents pursuant to this Protective Order or to statutory exemptions from confidentiality.

IT IS FURTHER ORDERED that at the conclusion of the proceedings in this action, including any appeal(s), all documents subject to this Protective Order, including any copies or descriptions thereof, shall be returned to counsel for the State of Washington or destroyed by the

STIPULATED PROTECTIVE ORDER -- 3
NO. C09-5469 RBL

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

party having such documents, except that with permission of Ashley McGrath, plaintiff's attorney may retain the records of Ashley McGrath, or deliver them to her.

IT IS FURTHER ORDERED that this Protective Order shall remain in full force and effect until such time as this Court modifies its terms or releases the parties from its provisions.

DONE IN OPEN COURT this 28th day of December, 2009.

*[signature: Ronald B. Leighton]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT M. MCKENNA
Attorney General

/s/ Ian M. Bauer
IAN BAUER, WSBA No. 35563
Assistant Attorney General
Attorneys for Defendants State of Washington, Department of Social and Health Services, Jodi and "John Doe" Lamoreaux, and Erin and "John Doe" Schumacher

Approved for Entry:

PREBLE LAW FIRM, P.S.

/s/ Gary A. Preble
GARY A. PREBLE, WSBA No. 14758
Attorneys for Plaintiff Robyn A. VanLohuizen

Approved for Entry:

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.

/s/ John E. Justice
John E. Justice, WSBA No. 23042
Attorneys for the City of Hoquiam and "John Doe" Hoquiam Police Officer

STIPULATED PROTECTIVE ORDER -- NO. C09-5469 RBL

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300